UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                                  :

UNITED STATES OF AMERICA,                :

           -v-                                         :             15-CR-445-19 (PAE)

KAYE ROSADO,                               :             SCHEDULING ORDER

                      Defendant.          :

------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

       The Court schedules a telephonic violation of supervised release conference in this case for **August 24, 2021** at **11:30 a.m.** The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer.  To access the conference, the parties should call 888-363-4749 and use access code 468-4906.

       SO ORDERED.

Dated: August 19, 2021
       New York, New York

                                                   PAUL A. ENGELMAYER
                                                   United States District Judge