

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 21, 2021

**BY ECF**

Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Kaye Rosado*, 15 Cr. 445 (PAE)

Dear Judge Engelmayer:

    The Government writes to request an adjournment of the status conference scheduled for October 25, 2021 at 12:30 p.m. in the above-referenced supervised release matter. The Government recently received evidence that the Probation Office obtained from the Bronx District Attorney's Office, which has now been produced to the defense. An adjournment will allow the parties to review the evidence and discuss a possible resolution to this matter. The Government respectfully requests an adjournment of 45 days. Defense consents to this request.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

    by:   /s/ Jordan Estes
           Jordan Estes
           Assistant United States Attorney
           Southern District of New York
           (212) 637-2543

**GRANTED.** The conference is adjourned to December 2, 2021 at 10:30 a.m. The Clerk of Court is requested to terminate the motion at Dkt. No. 1228.

10/22/2021

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge