UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
UNITED STATES OF AMERICA :
:
    -v- : 15-CR-445-19 (PAE)
:
KAYE ROSADO, : SCHEDULING ORDER
:
                  Defendant(s). :
:
------------------------------------------------------------------X

PAUL A. ENGELMAYER, United States District Judge:

    It is hereby ORDERED that conference in this matter, presently scheduled for **December 2, 2021**, is ADJOURNED to **January 3, 2022,** at **11:00 a.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York 10007.

    SO ORDERED.

Dated: December 1, 2021
          New York, New York

                                            PAUL A. ENGELMAYER
                                            United States District Judge