UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                         :
:
-v-                                                               :    15-CR-445-19 (PAE)
:
KAYE ROSADO,                                                      :    SCHEDULING ORDER
:
:
Defendant.                                                  :
:
------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

A conference is scheduled in this case for **January 3, 2022** at **11:00 a.m.** The Court hereby converts this conference from in person, to telephonic, as a result in the rising number of COVID-19 cases within New York City. The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer. To access the conference, the parties should call 888-363-4749 and use access code 468-4906.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: December 22, 2021
       New York, New York