

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 3, 2022

**BY ECF**

Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

   **Re:** *United States v. Kaye Rosado*, 15 Cr. 445 (PAE)

Dear Judge Engelmayer:

   The Government writes to request an adjournment of the status conference scheduled for January 3, 2022 in the above-referenced supervised release matter. The parties are discussing a resolution of this matter, but those discussions are still ongoing.  A brief adjournment will allow the parties to complete those discussions. The Government respectfully requests an adjournment of approximately one week. Defense consents to this request.

        Respectfully submitted,

        DAMIAN WILLIAMS
        United States Attorney


     by:  Jordan Estes
        Jordan Estes
        Assistant United States Attorney
        Southern District of New York
        (212) 637-2543


**GRANTED.** The conference is adjourned to January 19, 2022 at 10:30 am.
The Clerk of Court is requested to terminate the motion at Dkt. No. 1236.

          1/3/2022
     SO ORDERED.

        *Paul A. Engelmayer*
        PAUL A. ENGELMAYER
        United States District Judge